# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA

    v.

CHRISTOPHER J. THOMPSON            No. 2:22-CR-26

    Defendant.

## ORDER

Before the Court is the Defendant's Amended Motion for Leave of Absence for the dates of March 21, 2023 through July 1, 2023. Dkt. No. 1100. After consideration, this motion is hereby **GRANTED**. The Rule 11 hearing currently scheduled for June 7, 2023 is continued to July 17, 2023 at 1:00 pm at the Courthouse located in Brunswick, Ga.

**SO ORDERED**, this 11th day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA